# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS, | 1:08-cv-01886-GSA-PC |
| Plaintiff, | ORDER DENYING REQUEST FOR COPIES OF USM-285 FORMS |
| v. | (Doc. 20.) |
| D. LATRAILLE, et al., | |
| Defendants. | |

Alvin R. Ross ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 9, 2008. (Doc. 1.) This action now proceeds on the Amended Complaint filed by Plaintiff on November 18, 2009. (Doc. 9.) On April 7, 2011, the Court issued an order directing the United States Marshal ("Marshal") to serve process on defendants Latraille and Callow ("Defendants") in this action. (Doc. 14.) On May 31, 2011, Defendants filed an Answer. (Doc. 16.) On June 17, 2011, the Marshal filed copies of Waivers of Service signed by Defendants, together with copies of the USM-285 forms used to effect service. (Doc. 19.)

On June 21, 2011, Plaintiff filed a request for the Court to send him copies of the USM-285 forms used by the Marshal to effect service. (Doc. 21.) By now, Plaintiff should have received copies of the service documents from the Marshal. If not, Plaintiff may submit a request in writing and prepayment of copy costs to the Clerk of the Court, requesting a copy of Document 19, which

1 consists of four pages.  The Clerk charges $.50 per page for copies of documents.  <u>See</u> 28 U.S.C.
2 § 1914(a).  The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does
3 not entitle him to free copies of documents from the Court.  Accordingly, Plaintiff's request for free
4 copies from the Court is DENIED.

         IT IS SO ORDERED.

    Dated:   **September 1, 2011**                      /s/ **Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE