# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. ROSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. LATRAILLE, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:08-cv-01886-GSA-PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br><br>(Doc. 24.) |

Alvin R. Ross ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 9, 2008. (Doc. 1.) This action now proceeds on the First Amended Complaint filed by Plaintiff on November 18, 2009, against defendants J. Callow and D. Latraille, on Plaintiff's retaliation and state law claims. (Doc. 9.)

The Court issued a scheduling order on June 3, 2011, and this action is currently in the discovery phase. (Doc. 17.) On September 23, 2011, Defendants filed a motion seeking leave to depose Plaintiff by video conference. Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **September 28, 2011**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE